UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TONY JOSEPH GEORGE, ET AL. | * | CIVIL ACTION |
| | * | NO.   18-8953 |
| VERSUS | * | |
| | * | DIVISION: (1) |
| GRAYCO COMMUNICATIONS, LP, ET AL. | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |

### ORDER OF DISMISSAL

The Court having been advised that the parties have firmly agreed upon a compromise,[1]

**IT IS ORDERED** that the action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown, within sixty (60) days, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated by that time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

**COUNSEL ARE REMINDED THAT**, if witnesses have been subpoenaed, **EVERY WITNESS** MUST be notified by counsel not to appear.

New Orleans, Louisiana, this 20th day of February, 2020.

Janis van Meerveld
United States Magistrate Judge

---

[1] Rec. Doc. #153