UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TONY JOSEPH GEORGE, ET AL. | * | CIVIL ACTION |
| | * | NO.   18-8953 |
| VERSUS | * | |
| | * | DIVISION: (1) |
| GRAYCO COMMUNICATIONS, LP, ET AL. | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |

## ORDER

Before the Court is the Motion to Seal Document (Rec. Doc. 156).

IT IS ORDERED that the Motion to Seal is DENIED as to the Motion to Approve Settlement and Memorandum in Support of same, and GRANTED as to the Exhibits. Accordingly, the Motion to Approve Settlement and Memorandum in Support shall be entered into the docket, and Exhibits A and B thereto shall be entered into the docket UNDER SEAL.

Further, the Court has considered the Motion to Approve Settlement Agreement filed by the Plaintiffs with the consent of the Defendants, and all applicable law and facts. The Court hereby GRANTS the Motion; the Settlement Agreement is hereby approved.

New Orleans, Louisiana, this 19th day of March, 2020.

_____
Janis van Meerveld
United States Magistrate Judge