UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TONY JOSEPH GEORGE AND RAYNELL WICKWARE, on behalf of themselves and other persons similarly situated** | **CIVIL ACTION NO. 18-8953**<br><br>**SECTION: I**<br><br>**JUDGE:   LANCE M. AFRICK** |
| **VERSUS** | |
| **GRAYCO COMMUNICATIONS, L.P, and PROTEK COMMUNICATIONS, INC.** | **MAGISTRATE:**<br>**JUDGE:  JANIS VAN MEERVELD** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CONSENT MOTION TO APPROVE SETTLEMENT AGREEMENT

NOW INTO COURT, through undersigned counsel, comes Representative Plaintiffs, Raynell Wickware and Tony George, on behalf of themselves and those similarly situated (the "Collective"), and with the consent of Grayco Communications, L.P. and Protek Communications, Inc., who hereby file this Consent Motion to Approve Settlement Agreement. Representative Plaintiffs and the Collective respectfully request that the Court review and approve the terms of the proposed settlement of this action as a Collective Action under the Fair Labor Standards Act as codified by 29 U.S.C. §216(b). Representative Plaintiffs also request the Court to approve the proposed apportionment of the settlement proceeds. Plaintiffs hereby submit a proposed the Settlement Agreement memorializing the terms of the parties' agreement and a Release of Claims form to be mailed to or delivered to each remaining Opt-In Plaintiff under the FLSA collective action, informing them of the terms of the Settlement Agreement and advising them of their rights under the proposed settlement.

The grounds for this motion are that the Parties have reached an arms-length settlement of this matter after extensive, bona fide settlement negotiations including two settlement conferences, and a mediation session; that the named Plaintiffs, as representatives of the class, believe that the

1

proposed settlement is in the best interests of the class as a whole; and that all Parties desire to conclude this matter without further expense, delay, and uncertainty of continued litigation. This motion is supported by the accompanying Memorandum of Law and the documents attached thereto.

Respectfully Submitted:

/s/ Chelsea B. Cusimano
Douglas R. Kraus Bar #26668
Chelsea B. Cusimano #34857
Susannah C. McKinney #24349
*Brener & Kraus, LLC*
3640 Magazine Street
New Orleans, Louisiana  70115
Telephone:  (504) 302-7802
Facsimile:   (504) 302-4759
dkraus@brenerlawfirm.com
cbcusimano@brenerlawfirm.com
smckinney@brenerlawfirm.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2020, a copy of the foregoing has been served upon all counsel of record in this action via electronic service through the Court's CM/ECF system.

/s/ Chelsea B. Cusimano
Chelsea B. Cusimano

Gregg M. Rosenberg
Tracey Dominique Lewis
Rosenberg & Sprovach
3518 Travis Street, Suite 200
Houston, Texas 77002

| | |
|---|---|
| Matthew W. Langenberg<br>915 St. Louis Street<br>New Orleans, LA 70112 | Jean-Paul Robert<br>Attorney at Law, LLC<br>8148 Highway 44<br>Gonzales, LA 70737 |